# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMES RIVER EQUIPMENT VIRGINIA, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| DELTA EQUIPMENT, LLC, | : | |
| Defendant. | : | NO. CV205-165 |

### O R D E R

Plaintiff, James River Equipment Virginia, LLC, brought the above-captioned case against Delta Equipment, LLC, seeking the replevin of commercial equipment and monetary damages for breach of contract and conversion.

Presently before the Court is Plaintiff's motion for injunctive relief. See Dkt. No. 3. The parties have entered into a compromise agreement, which was entered into the record of the Court on October 21, 2005. Thus, Plaintiff's motion is **DISMISSED** as moot.

SO ORDERED, this ___15___ day of November, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)