# In the United States District Court for the Southern District of Georgia
## Brunswick Division



| | | |
|---|---|---|
| JAMES RIVER EQUIPMENT VIRGINIA, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| DELTA EQUIPMENT, LLC, | : | |
| Defendant. | : | NO. CV205-165 |

### JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law, entered on December 22, 2005, Judgment is hereby entered in favor of Plaintiff, James River Equipment Virginia, LLC, and against Defendant, Delta Equipment, LLC, in the sum of One Hundred Thirty-five Thousand Three Hundred Twenty-five ($135,325) Dollars, together with taxable costs.

**SO ORDERED**, this ___23___ day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)